NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THOMAS EDWARD CHARTERS,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2025-1949

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-3624, Judge Coral Wong Pietsch.

---

**O R D E R**

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a)(5) within the time permitted by the rules, it is

2                                          CHARTERS V. COLLINS

        ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

                                        FOR THE COURT

July 10, 2026                           Jarrett B. Perlow
    Date                                 Clerk of Court